Full opinion will be published later. Watch **Omnibus Index.**

**AETNA CASUALTY & SURETY CO v STRAUSS, et**

Ohio Appeals, 1st Dist, Hamilton Co

Decided June 16, 1930

For full opinion see 177 NE 649; 39 Oh
Ap 418 (Oh Bar 11-17-31).